# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LORENZO BRELAND ) | CIVIL ACTION NO. 15-2258 |
| Plaintiff, ) | |
| vs. ) | JUDGE ELDON E. FALLON |
| ) | |
| ARENA FOOTBALL ONE, LLC., ) | MAG. DANIEL E. KNOWLES, III |
| NEW ORLEANS VOODOO FOOTBALL ) | |
| INC., NATIONAL CASUALTY ) | |
| COMPANY and FEDERAL INSURANCE ) | |
| COMPANY, Defendants. ) | JURY DEMAND |

## **THIRD AMENDED COMPLAINT**

Now into Court, comes Lorenzo Breland who amends his Complaint in this matter to read as follows:

I.

All allegations stated in the previous "Second Amended Complaint" filed in this matter are hereby restated *in extenso*, and fully adopted herein, with the exception of the following changes stated herein. Complainant also amends the caption as seen above in this Third Amended Complaint to remove defendant, EVEREST NATIONAL INSURANCE COMPANY, and add new defendants into this matter, NATIONAL CASUALTY COMPANY and FEDERAL INSURANCE COMPANY.

II.

Complainant, Lorenzo Breland, through counsel of record, respectfully supplements and amends the allegations contained in Paragraph 35 of Second Amended Complaint to remove the insurance company defendant, EVEREST NATIONAL INSURANCE COMPANY, and to add a new defendant insurance company in this lawsuit. Also, to add new paragraph titled "35a"

immediately after newly amended Paragraph 35. Thereby, Paragraph 35 and newly added paragraph, 35a, now state as follows:

"35

Defendant, NATIONAL CASUALTY COMPANY (hereinafter "NATIONAL CASUALTY"), a foreign insurance carrier licensed to do and is doing business within the State of Louisiana, and providing insurance coverage to the defendants for all endeavors of the AFL and LAC around the country, and worldwide.

35a.

Defendant, FEDERAL INSURANCE COMPANY (hereinafter "FEDERAL INSURANCE"), a foreign insurance carrier licensed to do and is doing business within the State of Louisiana, and providing insurance coverage to the defendants for all endeavors of the AFL and LAC around the country, and worldwide."

III.

Complainant, Lorenzo Breland, through counsel of record, respectfully supplements and amends the allegations contained in Paragraph 59 to now state as follows:

"59

Defendants, NATIONAL CASUALTY and FEDERAL INSURANCE COMPANY, both provided a commercial general liability insurance policy to all defendants. Upon information and belief, these policies may inure to provide benefits or coverage to all defendants."

IV.

Complainant, Lorenzo Breland, through counsel of record, respectfully supplements and amends the allegations contained in Paragraph 145 to now state as follows:

"145

Plaintiff seeks all damages, forms of relief, and otherwise against all defendants, including NATIONAL CASUALTY and FEDERAL INSURANCE COMPANY which provided an insurance policy to cover defendants, jointly, for all actions, damages, and otherwise herein alleged."

V.

Complainant, Lorenzo Breland, through counsel of record, respectfully supplements and amends the allegations contained in Paragraph 146 to now state as follows:

"146.

In the event that either defendants NATIONAL CASUALTY and FEDERAL INSURANCE COMPANY decline coverage for any incidents, injuries, or occurrences plead herein, Plaintiff also seeks all forms of insurance penalties, bad faith damages, general damages, and attorney's fees against Defendants, NATIONAL CASUALTY and FEDERAL INSURANCE, as allowed under La.R.S. 22:1892 and 22:1973 and related statutes."

VI.

Complainant, Lorenzo Breland, through counsel of record, respectfully supplements and amends the Prayer for Relief in the Second Amended Complaint as follows, to replace paragraph "H" with the following:

"H. Grant an injunction and/or equitable relief against NATIONAL CASUALTY and FEDERAL INSURANCE COMPANY holding that its insurance policy, conditions, terms, and otherwise provide insurance coverage for the injuries and claims asserted by Lorenzo Breland in the instant matter."

**WHEREFORE** Plaintiff, Lorenzo Breland, respectfully requests that this Third Amended Complaint be deemed good and sufficient, and that, after due proceedings be had, there be Judgment herein in favor of Plaintiff, and against Defendants, severally and *in solido,* for all general and special damages reasonable in the premises, together with penalties, the costs of these proceedings, legal interest, reasonable attorneys' fees (as allowed by statute or contract), and all other general or equitable relief to which Plaintiff may be entitled.

Respectfully Submitted,

__/s/ Galen M. Hair_____
Galen M. Hair, La. Bar No. 32865, T.A.
Andrew K. Jacoby, La. Bar No. 32512
**Varadi, Hair & Checki, LLC**
650 Poydras Street, Suite 1550
New Orleans, Louisiana 70130
Telephone: (504) 684-5200
Facsimile: (504) 613-6351
hair@vhclaw.com
jacoby@vhclaw.com

-and-

Joseph (Joey) LaHatte, III, La. Bar No. 31224
LaHatte Law Firm, LLC
4405 Zenith Street
Metairie, Louisiana 70001
Telephone: (504) 309-2996
Facsimile: (855) 733-8180
joey@lahattelaw.com
*Counsel for Lorenzo Breland*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 28th day of July, 2016, I electronically transmitted the attached document to the Clerk of the Court using the ECF system for filing and transmittal of Notice of Electronic Filing.

                                                                               /s/ Joseph F. LaHatte III