# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LORENZO BRELAND | ) | CIVIL ACTION NO. 15-2258 |
| Plaintiff, | ) | |
| vs. | ) | JUDGE ELDON E. FALLON |
| | ) | |
| ARENA FOOTBALL ONE, LLC., | ) | MAG. DANIEL E. KNOWLES, III |
| NEW ORLEANS VOODOO FOOTBALL | ) | |
| INC., NATIONAL CASUALTY | ) | |
| COMPANY and FEDERAL INSURANCE | ) | |
| COMPANY, Defendants. | ) | JURY DEMAND |

## **ORDER**

Considering the foregoing Unopposed Motion For Extension Of Time To Respond To Defendant, Arena Football One, L.L.C.'s Motion for Summary Judgment contained in Record Document No. 87;

**IT IS HEREBY ORDERED** that the Motion of Plaintiff, Lorenzo Breland, is hereby GRANTED. The submission date on Arena Football One, L.L.C.'s Motion for Summary Judgment contained in Record Document No. 87 is hereby reset to March 15, 2017.

THUS DONE AND SIGNED at New Orleans, Louisiana, this day of February 8th, 2017.

_____
UNITED STATES DISTRICT JUDGE